NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DENNIS PATRICK MCGURK,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-3584
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed November 1, 2019.

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Debra Johnes Riva, Judge.

Dennis Patrick McGurk, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS and ATKINSON, JJ., Concur.